## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>DAVID J. FASSBENDER<br>aka DAVID JOHN FASSBENDER<br>aka DAVID FASSBENDER | BANKRUPTCY NO. 20-14775<br><br>CHAPTER NO. 13 |
|---|---|

### O R D E R

AND NOW, this __29th__ day of __December__, 20__20__ upon consideration of the Motion under Bankruptcy rule 1007(c) for Extension of Time to File Chapter 13 schedules, statements, and disclosures, it is hereby

ORDERED, that Debtor, David J. Fassbender aka David J. Fassbender, aka David Fassbender, in this proceeding, is granted until Thursday, January 14, 2021 to file all of the documents required by Bankruptcy Rule 1007, including all schedules, statements, disclosures and plan.

BY THE COURT:

_/s/ Patricia M. Mayer_
_____
United States Bankruptcy Judge
Hon. Patricia M. Mayer