United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14775-pmm |
| David J Fassbender | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | David J Fassbender, 38-1 Cranberry Ridge, Reading, PA 19606-3927 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 30 2020 02:06:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:**

**Name        Email Address**

REBECCA ANN SOLARZ
    on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SHAWN J. LAU
    on behalf of Debtor David J Fassbender shawn_lau@msn.com  g61705@notify.cincompass.com

District/off: 0313-4                     User: Adminstra                            Page 2 of 2
Date Rcvd: Dec 29, 2020                  Form ID: pdf900                          Total Noticed: 2
TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>DAVID J. FASSBENDER<br>aka DAVID JOHN FASSBENDER<br>aka DAVID FASSBENDER | BANKRUPTCY NO. 20-14775<br><br>CHAPTER NO. 13 |
|---|---|

**O R D E R**

AND NOW, this __29th__ day of __December__, 20__20__ upon consideration of the Motion under Bankruptcy rule 1007(c) for Extension of Time to File Chapter 13 schedules, statements, and disclosures, it is hereby

ORDERED, that Debtor, David J. Fassbender aka David J. Fassbender, aka David Fassbender, in this proceeding, is granted until Thursday, January 14, 2021 to file all of the documents required by Bankruptcy Rule 1007, including all schedules, statements, disclosures and plan.

BY THE COURT:

*Patricia M. Mayer*
_____
United States Bankruptcy Judge
Hon. Patricia M. Mayer