**United States Bankruptcy Court**
**Eastern District of Pennsylvania, Reading Division**

**IN RE:**                                                                                    Case No. **20-14775**

**Fassbender, David J.**                                                                      Chapter **13**
Debtor(s)

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **January 14, 2021**          Signature: */s/ David J. Fassbender*
                                                **David J. Fassbender**                                              Debtor

Date: _____          Signature: _____
                                                                                                  Joint Debtor, if any