```
American Express
PO Box 981537
El Paso, TX  79998-1537


Ardent Credit Union
1500 Spring Garden St Ste 500
Philadelphia, PA  19130-4070


Enerbank USA
1245 E Brickyard Rd Ste 600
Salt Lake City, UT  84106-2562


Internal Revenue Service
Department of Treasury
PO Box 7346
Philadelphia, PA  19101-7346


JPMCB - Card Services
301 N Walnut St Fl 9
Wilmington, DE  19801-3971


Pennsylvania Department of Revenue
PO Box 280946
Harrisburg, PA  17128-0946


Quicken Loans, Inc.
1050 Woodward Ave
Detroit, MI  48226-1906
```

Santander Consumer USA
PO Box 961245
Fort Worth, TX   76161-0244


TD Bank USA/ Target Credit
7000 Target Pkwy N
Minneapolis, MN   55445-4301


Watson & Allard, P.C.
24 Regency Plz
Glen Mills, PA   19342-1001


WF/Bobs Discount Furniture
PO Box 14517
Des Moines, IA   50306-3517