UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    David J Fassbender<br><br>    Debtor | Chapter 13<br>Bankruptcy No.20-14775-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 22nd day of April, 2021, by first class mail upon those listed below:

David J Fassbender
38-1 Cranberry Ridge
Reading, PA  19606-3927

**Electronically via CM/ECF System Only:**

SHAWN J LAU ESQ
LAU & ASSOCIATES PC
4228 ST LAWRENCE AVE
READING, PA  19606

 

/s/ *Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee