# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  David J. Fassbender aka David John Fassbender aka David Fassbender<br><br>　　　　　　　　　Debtor<br><br>Quicken Loans, LLC, its successors and/or assigns<br><br>　　　　　　　　　Movant<br>　　vs.<br><br>David J. Fassbender aka David John Fassbender aka David Fassbender<br>　　　　　　　　　Respondent | CHAPTER 13<br><br><br><br><br>NO. 20-14775 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of Quicken Loans, LLC, which was filed with the Court on or about March 10, 2021 (Document No. 28).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated:  June 14, 2021