| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-14775-PMM**

| | |
|---|---|
| David J Fassbender | Petition Filed Date: 12/17/2020 |
| 38-1 Cranberry Ridge | 341 Hearing Date: 02/16/2021 |
| Reading  PA    19606-3927 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/23/2021 | $261.50 | | 04/27/2021 | $811.47 | | 05/19/2021 | $261.50 | |

**Total Receipts for the Period:  $1,334.47    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $1,334.47**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»»  01U | Unsecured Creditors | $136.72 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  01P | Priority Crediors | $1,466.60 | $0.00 | $0.00 |
| 3 | SANTANDER CONSUMER USA<br>»»  002 | Secured Creditors | $17.78 | $0.00 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»»  003 | Unsecured Creditors | $4,917.19 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»»  004 | Unsecured Creditors | $1,988.37 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC<br>»»  005 | Unsecured Creditors | $5,260.88 | $0.00 | $0.00 |
| 7 | QUICKEN LOANS INC<br>»»  006 | Mortgage Arrears | $7,128.77 | $0.00 | $0.00 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»»  007 | Unsecured Creditors | $6,745.95 | $0.00 | $0.00 |
| 9 | ARDENT CREDIT UNION<br>»»  008 | Unsecured Creditors | $55,295.68 | $0.00 | $0.00 |
| 10 | ENERBANK USA<br>»»  009 | Unsecured Creditors | $1,989.17 | $0.00 | $0.00 |
| 11 | WELLS FARGO<br>»»  10U | Unsecured Creditors | $849.14 | $0.00 | $0.00 |
| 12 | WELLS FARGO<br>»»  10S | Secured Creditors | $1,801.36 | $0.00 | $0.00 |
| 13 | UNITED STATES TREASURY (IRS)<br>»»  11P | Priority Crediors | $3,481.63 | $0.00 | $0.00 |
| 14 | UNITED STATES TREASURY (IRS)<br>»»  11U | Unsecured Creditors | $1,043.34 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-14775-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,334.47 | Current Monthly Payment: | $261.50 |
| Paid to Claims: | $0.00 | Arrearages: | ($26.97) |
| Paid to Trustee: | $101.25 | Total Plan Base: | $15,690.00 |
| Funds on Hand: | $1,233.22 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.