**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>**DAVID J. FASSBENDER**<br>**aka DAVID JOHN FASSBENDER**<br>**aka DAVID FASSBENDER** | BANKRUPTCY NO. 20-14775<br><br>CHAPTER NO. 13 |

**ORDER**

AND NOW, upon consideration of the foregoing Application of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtor, David J. Fassbender, for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED that Lau & Associates P.C. be allowed $5,300.00 as legal fees and $313.00 in reimbursement of actual, necessary expenses through July 22, 2021, as follows:

a. Application of the $1,100.00 retainer for legal fees held by Lau & Associates, P.C.;

b. Application of the $313.00 filing cost held by Lau & Associates, P.C.;

c. Approval of fees in the amount of $5,300.00, the balance of which may be disbursed by the Chapter 13 Trustee pursuant to the terms of the confirmed Plan.

BY THE COURT:

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge

Dated: 8/16/21