United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-14775-pmm

David J Fassbender     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 1

Date Rcvd: Aug 16, 2021     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | David J Fassbender, 38-1 Cranberry Ridge, Reading, PA 19606-3927 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor QUICKEN LOANS LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SHAWN J. LAU | on behalf of Debtor David J Fassbender shawn_lau@msn.com g61705@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>DAVID J. FASSBENDER<br>aka DAVID JOHN FASSBENDER<br>aka DAVID FASSBENDER | BANKRUPTCY NO. 20-14775<br><br>CHAPTER NO. 13 |
|---|---|

**ORDER**

AND NOW, upon consideration of the foregoing Application of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtor, David J. Fassbender, for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED that Lau & Associates P.C. be allowed $5,300.00 as legal fees and $313.00 in reimbursement of actual, necessary expenses through July 22, 2021, as follows:

a. Application of the $1,100.00 retainer for legal fees held by Lau & Associates, P.C.;

b. Application of the $313.00 filing cost held by Lau & Associates, P.C.;

c. Approval of fees in the amount of $5,300.00, the balance of which may be disbursed by the Chapter 13 Trustee pursuant to the terms of the confirmed Plan.

BY THE COURT:

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge

Dated: 8/16/21