| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-14775-PMM**

David J Fassbender  
38-1 Cranberry Ridge  
Reading  PA   19606-3927

Petition Filed Date: 12/17/2020  
341 Hearing Date: 02/16/2021  
Confirmation Date: 07/22/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/23/2021 | $261.50 | | 04/27/2021 | $811.47 | | 05/19/2021 | $261.50 | |
| 06/21/2021 | $261.50 | | 06/29/2021 | $79.50 | | 07/19/2021 | $261.50 | |
| 08/19/2021 | $261.50 | | 09/20/2021 | $261.50 | | 10/19/2021 | $261.50 | |
| 11/22/2021 | $261.50 | | 12/20/2021 | $261.50 | | 01/20/2022 | $261.50 | |
| 02/22/2022 | $261.50 | | 03/21/2022 | $261.50 | | 04/19/2022 | $261.50 | |
| 05/19/2022 | $261.50 | | 06/21/2022 | $261.50 | | 07/19/2022 | $261.50 | |

**Total Receipts for the Period: $5,074.97   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,074.97**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $136.72 | $0.00 | $136.72 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $1,466.60 | $133.96 | $1,332.64 |
| 3 | SANTANDER CONSUMER USA<br>»» 002 | Secured Creditors | $17.78 | $0.00 | $17.78 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 003 | Unsecured Creditors | $4,917.19 | $0.00 | $4,917.19 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $1,988.37 | $0.00 | $1,988.37 |
| 6 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $5,260.88 | $0.00 | $5,260.88 |
| 7 | QUICKEN LOANS INC<br>»» 006 | Mortgage Arrears | $7,128.77 | $0.00 | $7,128.77 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $6,745.95 | $0.00 | $6,745.95 |
| 9 | ARDENT CREDIT UNION<br>»» 008 | Unsecured Creditors | $55,295.68 | $0.00 | $55,295.68 |
| 10 | ENERBANK USA<br>»» 009 | Unsecured Creditors | $1,989.17 | $0.00 | $1,989.17 |
| 11 | WELLS FARGO<br>»» 10U | Unsecured Creditors | $849.14 | $0.00 | $849.14 |
| 12 | WELLS FARGO<br>»» 10S | Secured Creditors | $1,801.36 | $0.00 | $1,801.36 |
| 13 | UNITED STATES TREASURY (IRS)<br>»» 11P | Priority Crediors | $3,481.63 | $318.01 | $3,163.62 |
| 14 | UNITED STATES TREASURY (IRS)<br>»» 11U | Unsecured Creditors | $1,043.34 | $0.00 | $1,043.34 |

| 0 | SHAWN J LAU ESQ | Attorney Fees | $4,200.00 | $4,200.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,074.97 | Current Monthly Payment: | $341.32 |
| Paid to Claims: | $4,651.97 | Arrearages: | $1,037.98 |
| Paid to Trustee: | $423.00 | Total Plan Base: | $20,107.07 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.