| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 20-14775-PMM**

David J Fassbender
38-1 Cranberry Ridge
Reading  PA   19606-3927

Petition Filed Date: 12/17/2020
341 Hearing Date: 02/16/2021
Confirmation Date: 07/22/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $261.50 | | 08/25/2022 | $1,117.80 | | 09/19/2022 | $341.32 | |
| 10/19/2022 | $341.32 | | 11/21/2022 | $341.32 | | 12/19/2022 | $341.32 | |
| 01/23/2023 | $341.32 | | 02/21/2023 | $341.32 | | 03/20/2023 | $341.32 | |
| 04/19/2023 | $341.32 | | 05/19/2023 | $341.32 | | 06/20/2023 | $341.32 | |
| 07/19/2023 | $341.32 | | | | | | | |

**Total Receipts for the Period: $5,133.82   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,208.79**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»»  01U | Unsecured Creditors | $136.72 | $0.00 | $136.72 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  01P | Priority Crediors | $1,466.60 | $1,466.60 | $0.00 |
| 3 | SANTANDER CONSUMER USA<br>»»  002 | Secured Creditors | $17.78 | $0.00 | $17.78 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»»  003 | Unsecured Creditors | $4,917.19 | $0.00 | $4,917.19 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»»  004 | Unsecured Creditors | $1,988.37 | $0.00 | $1,988.37 |
| 6 | MIDLAND CREDIT MANAGEMENT INC<br>»»  005 | Unsecured Creditors | $5,260.88 | $0.00 | $5,260.88 |
| 7 | GITSIT SOLUTIONS LLC<br>»»  006 | Mortgage Arrears | $7,128.77 | $169.83 | $6,958.94 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»»  007 | Unsecured Creditors | $6,745.95 | $0.00 | $6,745.95 |
| 9 | ARDENT CREDIT UNION<br>»»  008 | Unsecured Creditors | $55,295.68 | $0.00 | $55,295.68 |
| 10 | ENERBANK USA<br>»»  009 | Unsecured Creditors | $1,989.17 | $0.00 | $1,989.17 |
| 11 | WELLS FARGO<br>»»  10U | Unsecured Creditors | $849.14 | $0.00 | $849.14 |
| 12 | WELLS FARGO<br>»»  10S | Secured Creditors | $1,801.36 | $42.91 | $1,758.45 |
| 13 | UNITED STATES TREASURY (IRS)<br>»»  11P | Priority Crediors | $3,481.63 | $3,481.63 | $0.00 |
| 14 | UNITED STATES TREASURY (IRS)<br>»»  11U | Unsecured Creditors | $1,043.34 | $0.00 | $1,043.34 |
| 0 | SHAWN J LAU ESQ | Attorney Fees | $4,200.00 | $4,200.00 | $0.00 |

**Chapter 13 Case No. 20-14775-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $10,208.79 | Current Monthly Payment: | $341.32 |
| Paid to Claims: | $9,360.97 | Arrearages: | $0.00 |
| Paid to Trustee: | $847.39 | Total Plan Base: | $20,107.07 |
| Funds on Hand: | $0.43 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.