**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | | |
|---|---|---|
| IN RE: | ) | |
| DAVID J. FASSBENDER, | ) | CASE NO.: 20-14775-pmm |
| AKA DAVID JOHN FASSBENDER, | ) | CHAPTER 13 |
| AKA DAVID FASSBENDER | ) | JUDGE PATRICIA M. MAYER |
| | ) | |
| DEBTOR. | ) | |
| | ) | |
| GOLDMAN SACHS MORTGAGE COMPANY | ) | |
| | ) | |
| CREDITOR | ) | |
| | ) | |
| DAVID J. FASSBENDER, DEBTOR, | ) | |
| AND SCOTT F. WATERMAN, TRUSTEE | ) | |
| | ) | |
| RESPONDENTS | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of Goldman Sachs Mortgage Company and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 15th day of April 2024

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 15th day of April 2024.

*DEBTOR*
David J Fassbender
38-1 Cranberry Ridge
Reading, PA 19606-3927

*DEBTORS COUNSEL*
SHAWN J. LAU
Lau & Associates
4228 St. Lawrence Avenue
Reading, PA 19606
shawn_lau@msn.com

*TRUSTEE*
SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*