Certificate Number: 17572-PAE-DE-038608135

Bankruptcy Case Number: 20-14775



17572-PAE-DE-038608135

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 25, 2024, at 2:16 o'clock PM PDT, David Fassbender completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 25, 2024

By: /s/Kelly Faulks

Name: Kelly Faulks

Title: Counselor