| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-14775-PMM

| | |
|---|---|
| David J Fassbender | Petition Filed Date: 12/17/2020 |
| 38-1 Cranberry Ridge | 341 Hearing Date: 02/16/2021 |
| Reading  PA   19606-3927 | Confirmation Date: 07/22/2021 |

Case Status: Completed on 6/20/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $341.32 | | 09/19/2023 | $341.32 | | 10/19/2023 | $341.32 | |
| 11/21/2023 | $341.32 | | 12/19/2023 | $341.32 | | 01/22/2024 | $341.32 | |
| 02/20/2024 | $341.32 | | 03/19/2024 | $341.32 | | 04/19/2024 | $341.32 | |
| 05/20/2024 | $341.32 | | 06/12/2024 | $6,485.00 | | 06/20/2024 | $341.32 | |

**Total Receipts for the Period: $10,239.52   Amount Refunded to Debtor Since Filing: $341.24   Total Receipts Since Filing: $20,448.31**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $136.72 | $0.32 | $136.40 |
| 2 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $1,466.60 | $1,466.60 | $0.00 |
| 3 | SANTANDER CONSUMER USA INC »» 002 | Secured Creditors | $17.78 | $17.78 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC »» 003 | Unsecured Creditors | $4,917.19 | $11.34 | $4,905.85 |
| 5 | MIDLAND CREDIT MANAGEMENT INC »» 004 | Unsecured Creditors | $1,988.37 | $4.59 | $1,983.78 |
| 6 | MIDLAND CREDIT MANAGEMENT INC »» 005 | Unsecured Creditors | $5,260.88 | $12.14 | $5,248.74 |
| 7 | NEWREZ LLC  D/B/A »» 006 | Mortgage Arrears | $7,128.77 | $7,128.77 | $0.00 |
| 8 | AMERICAN EXPRESS NATIONAL BANK »» 007 | Unsecured Creditors | $6,745.95 | $15.57 | $6,730.38 |
| 9 | ARDENT CREDIT UNION »» 008 | Unsecured Creditors | $55,295.68 | $127.63 | $55,168.05 |
| 10 | ENERBANK USA »» 009 | Unsecured Creditors | $1,989.17 | $4.59 | $1,984.58 |
| 11 | WELLS FARGO »» 10U | Unsecured Creditors | $849.14 | $1.96 | $847.18 |
| 12 | WELLS FARGO »» 10S | Secured Creditors | $1,801.36 | $1,801.36 | $0.00 |
| 13 | UNITED STATES TREASURY (IRS) »» 11P | Priority Crediors | $3,481.63 | $3,481.63 | $0.00 |
| 14 | UNITED STATES TREASURY (IRS) »» 11U | Unsecured Creditors | $1,043.34 | $2.41 | $1,040.93 |
| 0 | SHAWN J LAU ESQ | Attorney Fees | $4,200.00 | $4,200.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | JPMCB - CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | David J Fassbender | Debtor Refunds | $341.24 | $341.24 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,448.31 | Current Monthly Payment: | $341.32 |
| Paid to Claims: | $18,617.93 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,830.38 | Total Plan Base: | $20,107.07 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.