- <u>Attention:</u>                                                                                       12/6/2024

Clerk, U.S. Bankruptcy Court
Attn: Fiscal Department
Rober N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

Re:    David J. Fassbender
       Bankruptcy No. 20-14775-PMM
       UNCLAIMED FUNDS/CONSENT TO RELEASE

I, David J. Fassbender, request the release of funds associated with check number 17254832 in the amount of $341.24, representing the funds remaining in the Trustee's account.

My SSN [redacted]
Enclosed: Copy of Trustee Letter and copy of my Drivers License.

Send check to:
David J. Fassbender
38-1 Cranberry Ridge
Reading, PA 19606
610.613.5410

Thanks,
David Fassbender

*[signature]*

DEC - 9 2024

**SCOTT F. WATERMAN**
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, Pennsylvania 19606

Scott F. Waterman, Esq.
Rolando Ramos, Esq.
Ann E. Swartz, Esq.

(610) 779-1313
Fax (610) 779-3637

Mail all Payments to
P.O. Box 680
Memphis, TN 38101-0680

*[handwritten: 215-408-2852 "Legacy Funds"]*

11/12/2024

*[handwritten: Sent w/ DC & SSN, 900 Market, Suite 400, 19106 Philadelphia PA]*

Clerk, U.S. Bankruptcy Court
Attn: Fiscal Department
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

    RE:  David J Fassbender
           Bankruptcy No. 20-14775-PMM
           UNCLAIMED FUNDS/CONSENT TO RELEASE

Ladies/Gentlemen:

    We have issued a Trustee check number 17254832 in the amount of $341.24, payable to the CLERK, US BANKRUPTCY COURT, representing the funds remaining in the Trustee's account.

    The above captioned case was recently closed and this check represents the UNCLAIMED amount which was returned to the DEBTOR(S). This check was never cashed.

    This letter will serve as the TRUSTEE'S CONSENT to the payment of these funds to the Debtor(s) named above, should the Debtor(s) seek release of the funds.

    Thank you for your attention to this matter.

                              Very truly yours,

                              Scott F. Waterman
                              Standing Chapter 13 Trustee

SFW/pmr

cc:       David J Fassbender
cc via email: SHAWN J LAU ESQ