# UNITED STATES BANKRUPTCY COURT
### Eastern District of Pennsylvania

In re: David J Fassbender ) Case No. 20-14775-pmm
)
)
)
*Debtor(s)* ) Chapter 13

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On December 9, 2024, an application was filed for the Claimant(s), David J Fassbender, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 341.24 held in unclaimed funds be made payable to David J Fassbender and be disbursed to the payee at the following address: 38-1 Cranberry Ridge, Reading, PA 19606. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

Date: **December 12, 2024**

*signed: Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**