United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David J Fassbender  
    Debtor

Case No. 20-14775-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jan 30, 2025      Form ID: 138OBJ      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | David J Fassbender, 38-1 Cranberry Ridge, Reading, PA 19606-3927 |
| 14569999 | + | Ardent Credit Union, c/o Gregory J. Allard, Esq.., 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14874393 | + | Goldman Sachs Mortgage Company, c/o Joshua I. Goldman, Esquire, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14624879 | + | Lau & Associates, P.C., 4228 St. Lawrence Avenue, Reading, PA 19606-2894 |
| 14576646 | + | Quicken Loans, Inc., 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14575344 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14571591 | + | Quicken Loans, LLC, C/O Rebecca Solarz,, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14570000 | | Watson & Allard, P.C., 24 Regency Plz, Glen Mills, PA 19342-1001 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 30 2025 23:59:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 31 2025 00:00:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14576641 | | Email/Text: membersolutions@ardentcu.org | Jan 30 2025 23:59:00 | Ardent Credit Union, 1500 Spring Garden St Ste 500, Philadelphia, PA 19130-4070 |
| 14576640 | | Email/PDF: bncnotices@becket-lee.com | Jan 31 2025 00:17:43 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14575742 | | Email/PDF: bncnotices@becket-lee.com | Jan 31 2025 00:16:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14576642 | | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jan 30 2025 23:59:00 | Enerbank USA, 1245 E Brickyard Rd Ste 600, Salt Lake City, UT 84106-2562 |
| 14783810 | | Email/Text: bankruptcy@gitsitusa.com | Jan 30 2025 23:59:00 | GitSit Solutions, LLC, 333 South Anita Drive, Suite 400, Orange, CA 92868-3314 |
| 14883225 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 30 2025 23:59:00 | Goldman Sachs Mortgage Company, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14576643 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2025 23:59:00 | Internal Revenue Service, Department of Treasury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14576644 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2025 00:17:44 | JPMCB - Card Services, 301 N Walnut St Fl 9, Wilmington, DE 19801-3971 |
| 14576804 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2025 00:17:38 | JPMCB-Card Services, 301 N. Walnut St. Fl 9, Wilm., DE 19801-3971 |
| 14574521 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2025 00:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14571584 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2025 00:00:00 | PA Department of Revenue, Bankruptcy Division, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2025 | Form ID: 138OBJ | Total Noticed: 26 |

| | | | |
|---|---|---|---|
| 14576645 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2025 00:00:00 | PO Box 280946, Harrisburg, PA 17128-0946<br>Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14572498 | + Email/Text: enotifications@santanderconsumerusa.com | Jan 31 2025 00:00:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14576648 | Email/Text: bncmail@w-legal.com | Jan 30 2025 23:59:00 | TD Bank USA/ Target Credit, 7000 Target Pkwy N, Minneapolis, MN 55445-4301 |
| 14576650 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 31 2025 00:17:59 | WF/Bobs Discount Furniture, PO Box 14517, Des Moines, IA 50306-3517 |
| 14580251 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 31 2025 00:04:06 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14576647 | * | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14576649 | * | Watson & Allard, P.C., 24 Regency Plz, Glen Mills, PA 19342-1001 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2025            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Goldman Sachs Mortgage Company Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SHAWN J. LAU | on behalf of Debtor David J Fassbender shawn_lau@msn.com g61705@notify.cincompass.com;lau.shawnb128866@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4     User: admin     Page 3 of 3
Date Rcvd: Jan 30, 2025     Form ID: 138OBJ     Total Noticed: 26
TOTAL: 6

*Form 138OBJ* (6/24)−doc 83 − 69

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   David J Fassbender )<br>   aka David John Fassbender )<br>   aka David Fassbender )<br>                    )<br>   Debtor(s). )<br>                    ) | Case No. 20−14775−pmm<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania<br>
United States Bankruptcy Court<br>
Office of the Clerk, Gateway Building<br>
201 Penn Street, 1st Floor<br>
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 30, 2025　　　　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court